IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZAFAR CHUGHTAI,** *et al.*<br><br>*Plaintiffs,*<br>v.<br><br>**BID 4 ASSETS, INC.**<br><br>*Defendant.* | **Case No. 2:23-cv-02518-JDW** |

### ORDER

AND NOW, this 11th day of March, 2024, upon consideration of Defendant Bid 4 Assets, Inc.'s Motion To Dismiss Plaintiffs' Complaint And Recover Attorney's Fees (ECF No. 15), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows;

1. The Motion is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE** because no amendment would cure the problems that I have identified in the accompanying Memorandum; and

2. The Motion is **DENIED** to the extent it seeks an award of attorney's fees.

It is **FURTHER ORDERED** that Defendant Bid 4 Assets, Inc.'s Motion For Sanctions Pursuant To Federal Rule Of Civil Procedure 11 (ECF No. 18) is **DENIED** for the reasons stated in the accompanying Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge